PATRICK KAVANAGH #99829
ATTORNEY AT LAW
1331 L STREET
BAKERSFIELD, CA 93301
(661)322-5553

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re:<br>PAUL ANTHONY PENA<br>JACKIE MICHELLE PENA<br><br>Debtor(s), | Case No. 16-12618-A-13K<br>DC# PK-2<br>Date: June 7, 2017<br>Time: 09:00 AM<br>Place: U. S. Courthouse<br>      2nd Floor<br>      510 19th Street<br>      Bakersfield, CA 93301<br>Judge: Fredrick E. Clement |
|---|---|

**ORDER CONFIRMING FIRST MODIFIED PLAN**

The First Modified Chapter 13 plan filed on 04/20/2017 has been transmitted to all creditors and it has been determined after notice and opportunity for a hearing that the debtor's plan satisfies the requirements of 11 U.S.C. §1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;

2. The debtor shall immediately notify the trustee, in writing, of any termination, reduction of, or other change in the employment of the debtor; and

3. The debtor shall appear in court whenever notified to do so by the court.

**IT IS FURTHER ORDERED** that the debtor's attorney will seek approval of his fees by filing and serving an application in compliance with U.S.C. sections 329 and 330, and Fed. R. Bankr. P. 2002, 2016 and 2017.

///
///

1

RECEIVED
June 12, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006066584

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. §1323, the plan is amended as follows:

1. Trustee has paid a total of $18,798.89 to Seterus Inc. by way of a previous chapter 13 plan. Said payments are approved herein and trustee shall make no further payments to Seterus Inc.

Date: 5/60/17

_____
Approved by PATRICK KAVANAGH

Date: 6/12/17

_____
Approved by the Chapter 13 Trustee as to form

Dated: Jun 12, 2017

_____
Fredrick E. Clement
United States Bankruptcy Judge